AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT - 3 2016

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.

NELASH MOHAMED DAS

Defendant(s)

Case No. 16-02595-TJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 2015 - September 2016 in the county of Prince George's in the
___ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to provide material support and resources to a foreign terrorist organization |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Rachid Harrison, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: October 1, 2016

_____
Judge's signature

City and state: Bethesda, MD

Timothy J. Sullivan, U.S. Magistrate Judge
Printed name and title