UNITED STATES OF AMERICA

vs.

NELASH MOHAMED DAS

Criminal No. TJS-16-2595

GOVERNMENT EXHIBITS

FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 11 2016

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/11/16 | 10/11/16 | Photo |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

Exhibit List (Rev. 3/1999)