IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * | |
| vs. | * | Case No.: TJS 16-2595 |
| NELASH MOHAMED DAS<br>Defendant | * | |
| | * | |

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S/GOVERNMENT'S EXHIBITS**

1 - Photo of defendant

All Plaintiff's/Government's exhibits returned: October 11, 2016

**DEFENDANT'S EXHIBITS**

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government: _[signature]_

Counsel for Defendant(s): _____

Date: October 11, 2016

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits